United States Trustee

District of Delaware and New Jersey

| | |
|---|---|
| One Newark Center, Suite 210 | |
| Newark, New Jersey 07102 | (973) 645-3014 |
| TFS | (973) 341-3014 |
| | |
| Chapter 11 Department | (973) 645-3106 |
| Chapter 7 Department | (973) 645-3408 |
| Legal Department | (973) 645-5912 |

NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET CHAPTER 7 CASE
TO
ASSET CHAPTER 7 CASE

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

NAME OF CASE    Luis Madera and Kelly Madera

CASE NUMBER    08-11177 MS

AMOUNT OF FUNDS ON HAND  $0.00

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

ACTUAL VALUE    unknown

ESTIMATED VALUE    $15,000

OTHER INFORMATION RELATING TO STATUS OF CASE  Trustee investigating into the possible recover of fraudulent or preferential transfers made to an insider.

SIGNATURE OF TRUSTEE    /s/ Charles M. Forman

NAME OF TRUSTEE    CHARLES M. FORMAN    DATED    9/4/09

m:\cmf\madera\assetnotice.doc